ALFRED COLE, etc., Respondent, v. AMERICAN BLIND STITCH MACHINE COMPANY, INC., and Others, etc., Appellants.— Motion granted, without costs, on condition that appellants perfect the appeal, place the case upon the calendar for November 3, 1919, and be ready for argument when reached. The case, subject to the approval of the judge at Special Term, should remain upon the calendar. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

LAWRENCE J. DOLAN, Appellant, v. ADOLPH BARR and Another, Respondents.— Motion granted, without costs, on condition that appellant perfect the appeal and place the case upon the calendar for Friday, November 21, 1919, and be ready for argument when reached, and serve his papers and points on or before November 10, 1919. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

VIOLET F. DAVIS, as Administratrix, etc., of WILLIAM C. DAVIS, Deceased, Respondent, v. MICHAEL J. SALTSER and MICHAEL WEINSIER, Copartners, etc., Appellants.— Order unanimously affirmed, with costs. No opinion. Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.

JONAS J. MAISEL, Respondent, v. HARRY SHANHOLT, Appellant.— Motion for stay granted on condition that appellant perfect the appeal, place the same on the calendar and be ready for argument on Friday, November 14, 1919, for which day the cause is specially set down; otherwise, motion denied, with ten dollars costs. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

EVA APPEL, Respondent, v. ISAAC APPEL, Appellant.— Judgment affirmed, with costs. No opinion. Mills, Rich, Blackmar, Kelly and Jaycox, JJ., concurred.

GEORGE W. BECKEL, as Executor and Trustee, etc., Respondent, v. ARTHUR K. SALOMON and Others, Copartners, etc., Appellants. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concurred.